**TIFFANY & BOSCO**
P.A.

**Dated: June 24, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19537

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Dale J.  Rosenbauer and Eileen J. Rosenbauer<br>　　　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　　　Movant,<br>　　　vs.<br>Dale J.  Rosenbauer and Eileen J. Rosenbauer<br>Debtors; Russell A. Brown, Trustee.<br><br>　　　　　　Respondents. | No. 2:09-bk-17356-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #29)<br><br>Hearing Date:  June 18, 2010 |

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby terminated, **AUGUST 18, 2010,** as to Movant with respect to

that certain real property which is subject of a Deed of Trust dated January 26, 2007, and recorded in the

office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and

Dale J.  Rosenbauer and Eileen J. Rosenbauer have an interest in, further described as:

     Lot Thirty-Seven (37), Block Ten (10), of FOUNTAIN HILLS ARIZONA FINAL PLAT NO.
107, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona,
recorded in Book 141 of Maps, Page 18;

EXCEPT all minerals as reserved unto the United States of America in Patent of said land recorded February 28, 1956 in Docket 1839, Page 426, records of Maricopa County, Arizona;

EXCEPT all oil, gases and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description, TOGETHER WITH all uranium, thorium, or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value;

EXCEPT all underground water, in, under or flowing through said land and water rights appurtenant thereto.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.